UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-23240

TUSHBABY, INC.,

    Plaintiff,

v.

DCUTIE, a foreign corporation,

    Defendant.

## NOTICE OF APPEARANCE

James M. Slater of ESCA Legal PLLC hereby gives notice of his appearance as counsel on behalf of Plaintiff Tushbaby, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at ESCA Legal PLLC, 9000 Dadeland Boulevard, Suite 1500, Miami, Florida 33156 and james@esca.legal.

Dated: August 27, 2024

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
ESCA Legal PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*