UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23240-CV-WILLIAMS

TushBaby, Inc.,

    Plaintiff,

v.

DCUTIE,

    Defendant.
_____/

### ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court *sua sponte*. Pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida, and based on related cases 24-cv-20941-DSL, 24-cv-21136-DSL, and 24-cv-22281-DSL, **GOOD CAUSE** exists to transfer this case to the Honorable David S. Leibowitz.

Based on these circumstances, and with the agreement and consent of District Judge David S. Leibowitz, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to Judge Leibowitz.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this 26th day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

After reviewing the record, the undersigned hereby accepts the transfer of this action. Additionally, this case involves the same subject matter and claims pending before the undersigned in Case No. 24-cv-22281-DSL. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **CONSOLIDATED** with **Case No. 24-cv-22281-DSL**. All pleadings filed after this date shall be filed under Case No. 24-cv-22281-DSL.

2. The Clerk shall **CLOSE** Case No. 24-cv-23240-DSL for administrative purposes only.

**DONE AND ORDERED** in the Southern District of Florida this 27th day of August, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record